**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

LOUIS PACK,

         Plaintiff,

v.                                                                  CIVIL  ACTION  NO.  3:05-0495

MICHAEL J. ASTRUE,
Commissioner of Social Security,

         Defendant.

## ORDER

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate

Judge, for submission to this Court of proposed findings of fact and recommendation for disposition,

pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and

recommended that the Court remand this case to the Commissioner for further proceedings.  Neither

party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation

of the Magistrate Judge.  The Court **REMANDS** the case to the Commissioner for further

proceedings consistent with the Magistrate Judge's findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge

Taylor, counsel of record, and any unrepresented parties.

        ENTER:        February 23, 2007

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE